UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    **ORDER GRANTING RELIEF**
                                                          **FROM STAY**

Jaclyn Marie Hoffman, aka Jaclyn Marie
Edvenson and Brandon Earl Hoffman,

                Debtors.                            BKY 18-50484

At Duluth, Minnesota, November 19, 2018.

      This case is before the court on the motion of Freedom Mortgage Corporation for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

      Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief, but that the motion is moot as to the debtors, the automatic stay having terminated upon entry of the debtors' discharge.

      IT IS ORDERED:

      1.    The motion for relief from stay is granted as follows.

      2.    The automatic stay imposed by 11 U.S.C. § 362(a) is terminated as to the estate's interest in the property such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

> The South 335 feet of the North 525 feet of the West 315 feet of the Northwest Quarter of the Northwest Quarter (NW 1/4 of NW 1/4) of Section 22, Township 38 North, Range 29 West, Benton County, Minnesota.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/19/2018*
Lori Vosejpka, Clerk, by AMM